JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS HOLISTIC, LLC, | Case No. CV 23-1874 PA (RAOx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| 100% SMOKE SHOP d/b/a 100% SMOKE SHOP and JOHN DOE, | |
| Defendants. | |

In accordance with the Court's May 30, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with this Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 30, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE